No. 670. AEROVOX CORPORATION *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harold D. Cohen* and *Michael Waris, Jr.* for petitioner. *Solicitor General Soblerloff* and *George J. Bott* for respondent.

No. 672. FRAVER *v.* STUDEBAKER CORPORATION. C. A. 3d Cir. Certiorari denied. *William J. Ruano* for petitioner. *William H. Eckert, William H. Webb, John A. Dienner* and *Edward C. Grelle* for respondent.

No. 708. COPPER TAN, INC. *v.* DOUGLAS LABORATORIES CORP. C. A. 2d Cir. Certiorari denied. *John S. Finn* for petitioner. *Leslie D. Taggart* for respondent.

No. 230. STOUT *v.* PATE. Supreme Court of Georgia. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *J. C. Murphy* for petitioner. *A. Walton Nall* for respondent.

No. 634. PATE *v.* STOUT. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *A. Walton Nall* for petitioner. *Hudson P. Hibbard* for respondent.

No. 648. BRAND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Sobeloff, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent.